1014 

[Nos. 14101-9-II; 14102-7-II. Division Two. June 25, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. LINDA
R. STINSON, *Appellant.*

*In the Matter of the Personal Restraint of*
LINDA R. STINSON, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-1-02487-1, Waldo F. Stone, J., entered June
27, 1990, together with a petition for relief from personal
restraint. Judgment *vacated* and *remanded* and petition
*denied* by unpublished opinion per Petrich, C.J., concurred
in by Alexander and Morgan, JJ.

[No. 14424-7-II. Division Two. June 25, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL
WARREN MCPHERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 89-1-00427-3, James I. Maddock, J.,
entered October 19, 1990. *Affirmed* and *remanded* by
unpublished opinion per Morgan, A.C.J., concurred in by
Alexander and Seinfeld, JJ.

[No. 13786-1-II. Division Two. June 25, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
E. JONES, *Appellant.*

Appeal from a judgment of the Superior Court for
Pacific County, No. 90-1-00026-3, Joel M. Penoyar, J.,
entered March 29, 1990. *Affirmed* by unpublished opinion
per Schumacher, J. Pro Tem., concurred in by Alexander,
J., and Green, J. Pro Tem.